**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                      **CASE NUMBER: 6:21-CR-60015-001**

**STEVEN CURTIS REYNOLDS**

## SECOND UNOPPOSED MOTION TO CONTINUE

Comes now the Defendant, Steven Curtis Reynolds, through undersigned counsel and for his Motion, states:

1.      That Defendant is charged by Indictment with six counts of wire fraud, in violation of 18 U.S.C. § 1343, and five counts of money laundering, in violation of 18 U.S.C. § 1957. Trial in this matter is presently set for June 27, 2022.

2.      That due to the volume of discovery and the complexity of the case, the Office of the Federal Public Defender and the Defendant will require additional time to complete the review of discovery and to investigate the facts and circumstances as it relates to the charges in order to properly evaluate and prepare the case.

3.      That the Government has been contacted regarding this request and has stated it has no objection to the granting of this continuance.

4.      This Motion is brought in good faith and not for the purpose of delay or any other improper purpose.

5.      It is anticipated it will take up to 90 days from the current trial setting to adequately investigate and prepare for trial.   A continuance of 90 days from the current setting is thus requested at this time.

1

6.      No prejudice will result in the granting of a continuance, as such time would be excludable under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A).

WHEREFORE, Defendant, Steven Curtis Reynolds, respectfully requests that his Motion be granted and for all other relief to which he may be entitled.

Respectfully submitted,

BRUCE D. EDDY
FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF ARKANSAS

By:     /s/ *Bruce D. Eddy*
Bruce D. Eddy
Federal Public Defender
112 W. Center Street, Suite 300
Fayetteville, AR 72701
(479) 442-2306

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Mr. Graham Jones, Assistant United States Attorney and a copy of this pleading was mailed by the United States Postal Service to: none.

/s/ *Bruce D. Eddy*
Bruce D. Eddy
Federal Public Defender