# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HOT SPRINGS DIVISION

**UNITED STATES OF AMERICA**

v.                                             **CASE NUMBER: 6:21-CR-60015-001**

**STEVEN CURTIS REYNOLDS**

## THIRD UNOPPOSED MOTION TO CONTINUE

Comes now the Defendant, Steven Curtis Reynolds, through undersigned counsel and for his Motion, states:

1. That Defendant is charged by Indictment with six counts of wire fraud, in violation of 18 U.S.C. § 1343, and five counts of money laundering, in violation of 18 U.S.C. § 1957. Trial in this matter is presently set for October 24, 2022.

2. That the parties are currently in the process of plea negotiations and respectfully request additional time to continue the negotiations and hopefully reach an agreement.

3. That the Government has been contacted regarding this request and has stated it has no objection to the granting of this continuance.

4. This Motion is brought in good faith and not for the purpose of delay or any other improper purpose.

5. No prejudice will result in the granting of a continuance, as such time would be excludable under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A).

WHEREFORE, Defendant, Steven Curtis Reynolds, respectfully requests that his Motion be granted and for all other relief to which he may be entitled.

Respectfully submitted,

BRUCE D. EDDY
FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF ARKANSAS

By:  /s/ *Bruce D. Eddy*
Bruce D. Eddy
Federal Public Defender
112 W. Center Street, Suite 300
Fayetteville, AR 72701
(479) 442-2306

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Mr. Graham Jones, Assistant United States Attorney and a copy of this pleading was mailed by the United States Postal Service to: none.

/s/ *Bruce D. Eddy*
Bruce D. Eddy
Federal Public Defender

2